Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL IX

| EFRAÍM RAMÍREZ DÍAZ, ALICIA M. VARGAS SCHLAPPKOHL, SOCIEDAD LEGAL DE GANANCIALES RAMÍREZ VARGAS <br><br> Peticionarios <br><br> v. <br><br> FIRST DREAM CORP., Y OTROS <br><br> Recurridos | TA2026CE00403 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo <br><br> Caso número: AR2024CV00801 <br><br> Sobre: Ejecución de Hipoteca y otros |

Panel integrado por su presidenta, la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 7 de abril de 2026.

Examinados el *Certiorari* y la *Moción urgente solicitando orden en auxilio de jurisdicción*, ambos instados por los peticionarios, Efraím Ramírez Díaz, Alicia M. Vargas Schlappkohl y la Sociedad Legal de Gananciales compuesta por ambos, el 5 de abril de 2026, prescindimos de la comparecencia de la parte recurrida, conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 7(B)(5). A su vez, declaramos No Ha Lugar la *Moción urgente solicitando orden en auxilio de jurisdicción* y resolvemos que procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 63, 215 DPR __ (2025).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Notifíquese inmediatamente.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones